IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFERY NOLAN BENNETT,    )
                          )
    Petitioner,           )
                          )    CIVIL ACTION NO.
    v.                    )      2:14cv720-MHT
                          )          (WO)
UNITED STATES OF AMERICA, )
                          )
    Respondent.           )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 43) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 37) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 8th day of December, 2016.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**